**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Winfield Anderson, ) | No. CV-06-2304-PHX-CKJ |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| Dora Schriro, Director, Arizona Department of Corrections, ) ) | |
| Respondent. ) | |

Good cause appearing,

**IT IS ORDERED** that Respondent's Second Motion for Extension of Time (Dkt. 15) is **GRANTED**. The Response shall be filed no later than **January 19, 2007**. The Court will determine, after review of the Response, whether appointment of counsel for the limited purpose of preparing a reply is necessary.

DATED this 12th day of January, 2007.

_____
Cindy K. Jorgenson
United States District Judge