**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Winfield Anderson,<br><br>        Petitioner,<br><br>vs.<br><br>Dora Schriro, Director, Arizona Department of Corrections,<br><br>        Respondent. | No. CV-06-2304-PHX-CKJ<br><br>**ORDER** |

Petitioner is an Arizona prisoner under sentence of death who is awaiting appointment of state post-conviction-relief ("PCR") counsel. Due to the Arizona Supreme Court's delay in initiating PCR proceedings and appointing PCR counsel, he filed a premature habeas petition in this Court to protect against expiration of the one-year statute of limitations in 28 U.S.C. § 2254(d). (*See* Dkt. 8 at 1-2.) There being no objection from Respondents, this Court stayed the petition pending completion of Petitioner's first round of state PCR proceedings. (*Id.*)

On June 28, 2007, Petitioner filed notice of an order of the Arizona Supreme Court filed on May 31, 2007, directing the Clerk of the Arizona Supreme Court to issue a Notice for Post-Conviction Relief in Petitioner's case, *nunc pro tunc* to October 26, 2005. (Dkt. 19.) As set forth in this Court's order of November 22, 2006, in Arizona a PCR notice is the triggering event for post-conviction review and for tolling of the federal habeas statute of limitations under § 2244(d)(2) pursuant to *Isley v. Arizona Dep't of Corrections*, 383 F.3d

1054, 1055-56 (9th Cir. 2004). (Dkt. 8 at 2.) As a result of this development, Petitioner requests that his habeas petition be dismissed without prejudice. Good cause appearing,

**IT IS HEREBY ORDERED** that the stay entered by the Court on February 2, 2007 (Dkt. 18) is **LIFTED**.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) and this action are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies. The Clerk of Court shall enter a judgment of dismissal accordingly.

DATED this 6th day of July, 2007.

_____
Cindy K. Jorgenson
United States District Judge